## RAMERIZ et al. v. STATE.
### No. 15953.

Court of Criminal Appeals of Texas.
April 12, 1933.

Art Schlofman and Jno. H. Merchant, both of Dalhart, for appellants.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

CHRISTIAN, Judge.

The offense is possession of a narcotic drug; the punishment, a fine of $100.

The record is before us without a statement of facts or bills of exception. No question is presented for review.

The judgment is affirmed.

PER CURIAM.

The foregoing opinion of the Commission of Appeals has been examined by the judges of the Court of Criminal Appeals and approved by the court.